**STATE of Missouri, ex rel., MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION, Appellant,**

v.

**Mary L. LONDON, et al., Respondents.**

No. 59557.

Missouri Court of Appeals, Eastern District, Division Five.

May 21, 1991.

Philip E. Morgan, Jr., Asst. Counsel, Paul R. Ferber, Dist. Counsel, Rich Tiemeyer, Chief Counsel, Kirkwood, for appellant.

**192**

Robert J. Koster, St. Louis, for London, Blattner, Trustees for Bent Tree Plat Two, Lowery, Burket, Carter, Board of American Mission of the Lutheran Church of America and Scargall.

Septtimous Taylor, Owensboro, Ky., for Lincoln Service Corp. of Kentucky.

J.B. Carter, St. Louis, for Trustees for Forest Meadows Subdivision, Wally and Barbara Overstreet, Lloyd A. and Marsha C. Johnson, Darlene F. Timpe and Michael W. and Cynthia L. Herrick.

John G. Young, Jr., and Carolyn C. Whittington, St. Louis, for Resolution Trust Corp. (receiver for Community Federal).

Donald S. Singer, and Suzanne M. Besnia, Riezman and Blitz, St. Louis, for Jack J. and Mildred W. Whitted.

## ORDER

PER CURIAM.

Appellant appeals the dismissal of its action for quiet title and for condemnation. We dismiss pursuant to Rule 74.01(b).